CINDERELLA HARPER et al., Plaintiffs, v. STANDARD OIL COMPANY, Defendant.

St. Louis Court of Appeals, April 29, 1898.

1. **Practice, Trial**: APPELLATE. Where the record fails to show an order granting an appeal, the cause will be stricken from the docket.

2. ———: ———: STATUTORY CONSTRUCTION: BILL OF EXCEPTIONS: MOTION. There appears to have been an involuntary nonsuit in this case. The motion to set aside the nonsuit is copied into the transcript, but it does not appear as a part of the bill of exceptions.

Harper v. Oil Co.

Neither does the bill of exceptions direct the clerk to copy it. It is imperative that such a motion be preserved in the bill of exceptions itself; or, if it appear in a different portion of the transcript, the bill of exceptions must contain an order for the clerk to copy it. This is in accordance with the plain provisions of the statute. R. S. 1889, sec. 2304.

*Appeal from the Ralls Circuit Court.*—HON. REUBEN F. ROY, Judge.

CAUSE STRICKEN FROM THE DOCKET.

J. J. HENDERSON and R. E. ANDERSON, for plaintiffs in error.

GEORGE A. MAHAN, F. L. SCHOFIELD ALFRED D. EDDY for defendant in error.

The motion to set aside the judgment entered on plaintiffs' nonsuit is not preserved in the bill of exceptions. There is therefore nothing for this court to review. R. S. 1889, sec. 2304.

BIGGS, J.—In this case there is no order granting an appeal. The briefs of counsel treat the case as being here on writ of error, but there is no evidence in the record that a writ of error has been issued. Under this condition of the record we can only strike the cause from the docket. In view of further proceedings (which may be taken), we deem it proper to call attention to the present record. There PRACTICE, trial: appears to have been an involuntary nonappellate suit in the case. The motion to set aside the nonsuit is copied into the transcript, but it does not appear as a part of the bill of exceptions. Neither does the bill of exceptions direct the clerk to copy it. It is imperative that such a motion be preserved in

the bill of exceptions itself; or, if it appears in a different portion of the transcript, the bill of exceptions must contain an order for the clerk to copy it. This is in accordance with the plain provisions of the statute. R. S. 1889, sec. 2304. The cause will be stricken from the docket. All the judges concur.